**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7616**

---

RONALD CARTER,

Plaintiff - Appellant,

versus

RONALD ANGELONE; LARRY HUFFMAN; R. L. ADAMS;
R. FARMER, Captain; DANIEL T. MAHON; K. A.
CARLISLE, Lieutenant; M. EDWARDS, Nurse; M.
MILLER, Nurse; SERGEANT BROWN; A. MITCHELL,
Sergeant; NURSE ELKO,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-94-765-R)

---

Submitted: February 7, 1996     Decided: February 26, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronald Carter, Appellant Pro Se. Alexander Leonard Taylor, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carter v. Angelone</u>, No. CA-94-765-R (W.D. Va. Sept. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>